USDC SCAN INDEX SHEET

















SWD   5/2/05   11:02
3:05-CV-00921   USA V. HANSEN
*1*
*CMP.*

# ORIGINAL

FILED

05 MAY -2  AM 9: 07

BY: _____ DEPUTY

1   CAROL C. LAM
    United States Attorney
2   ROBERT PLAXICO
    Assistant U.S. Attorney
3   Cal. Bar No. 054953
    Federal Office Building
4   880 Front St., Room 6293
    San Diego, California 92101
5   Phone: (619) 557-7157
    Fax: (619) 557-5551
6
    MARTIN M. SHOEMAKER
7   Ga. Bar # 001340
    Trial Attorney, Tax Division
8   U.S. Department of Justice
    P.O. Box 7238
9   Washington, D.C. 20044
    (202) 514-6491 phone
10  (202) 514-6770 fax
    Attorney for the United States
11
12              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,        )     '05 CV 0921 L      (NLS)
                                     )
14              Plaintiff,           )     Case no.
                                     )
15      v.                           )
                                     )
16  CHRISTOPHER M. HANSEN,           )     COMPLAINT FOR PERMANENT
                                     )     INJUNCTION AND OTHER RELIEF
17              Defendant.           )
                                     )
18
19      The United States of America, plaintiff, for its Complaint states as follows.

20                              **Nature of Action**

21      1. The United States brings this complaint to enjoin Christopher M. Hansen, individually

    and doing business as or through any other entity, and any other persons in active concert or
22
    participation with him, from directly or indirectly:
23
24      (a)     Organizing, promoting, marketing, or selling any tax shelter, plan or arrangement
                that advises or encourages customers to attempt to violate the internal revenue
25              laws or unlawfully evade the assessment or collection of their federal tax
                liabilities;

26      (b)     Making false or fraudulent statements about the securing of any tax benefit by the
                reason of participating in any plan or arrangement, including the false statements
27              that only federal workers are subject to the Internal Revenue Code, workers need
                not submit accurate W-4 forms, and that United States citizens are not liable for
28              federal income taxes;

(c)    Encouraging, instructing, advising and assisting others to violate the tax laws;

(d)    Engaging in conduct subject to penalty under 26 U.S.C. § 6700, *i.e.*, by making or furnishing, in connection with the organization or sale of a shelter, plan, or arrangement, a statement the defendant knows or has reason to know to be false or fraudulent as to any material matter under the federal tax laws;

(e)    Engaging in conduct subject to penalty under 26 U.S.C. § 6701, *i.e.*, preparing or assisting others in the preparation of any tax forms or other documents to be used in connection with any material matter arising under the internal revenue laws and which the defendant knows will (if so used) result in the understatement of tax liability;

(f)    Engaging in any conduct that interferes with the administration and enforcement of the internal revenue laws, including encouraging and assisting customers in disrupting or delaying the IRS examination of their tax liabilities; and

(g)    Engaging in any activity subject to penalty under the Internal Revenue Code.

2. An injunction is warranted based on the defendant's continuing conduct as a promoter of a fraudulent tax plan or arrangement. If he is not enjoined, the defendant's continuing actions will result in the Internal Revenue Service having to devote scarce resources to pursue and investigate the defendant's customers, who by participation in the defendant's scheme have filed erroneous federal income tax returns and stopped paying the correct amount of federal income taxes. The defendant's actions, if not stopped, may result in penalties and other civil and criminal sanctions being imposed on those customers.

### Jurisdiction and Venue

3. Jurisdiction is conferred on this Court by 28 U.S.C. §§ 1340 and 1345, and §§ 7402(a) and 7408 of the Internal Revenue Code of 1986 (26 U.S.C.; the "Code").

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

### Authorization

5. This action has been requested by a delegate of the Secretary of Treasury and commenced at the direction of a delegate of the Attorney General of the United States, pursuant to Code §§ 7402 and 7408.

- 2 -

**Defendant**

6. Christopher M. Hansen resides at 11346 Camino Playa Cancun, # 7, San Diego, California 92124.

**Defendant's Activities**

7. Hansen promotes a variety of tax-fraud schemes. He sells how-to guides – such as a "Tax Defense Audit Manual" and "Tax Freedom Solutions Manual" – that are designed to help customers frustrate or stop IRS examinations. The guides are filled with forms, instructions and tactics to help customers illegally evade federal taxes. The prices for these guides range from $10 to $40.

8. Hansen markets and sells sample form response letters for customers to use when they receive specific correspondence from the IRS. The letters assert frivolous positions and are designed to disrupt or hinder the enforcement of the internal revenue laws. Hansen charges customers around $50 for each letter and falsely tells customers that these form letters will cause the IRS to cease the examinations of their liabilities.

9. The form letters Hansen sells are for customers to use to falsely notify the IRS that the customers are not taxpayers and are not required to file tax returns and that the income tax laws are not enforceable. The Hansen form letters also contain threats of criminal prosecution against IRS employees designed to intimidate the employees and obstruct IRS investigations.

10. When the IRS audits Hansen's customers or otherwise contacts them, Hansen advises them to assert frivolous positions and engage in disruptive and abusive tactics designed to obstruct the audit so as to evade taxes. For example, Hansen provides a nearly 100-page questionnaire entitled "Test for Tax Professional" for his customers to give to IRS agents who are investigating the customers' fraudulent tax returns. The questionnaire contains numerous frivolous questions. Hansen tells customers not to cooperate with the investigating IRS agent until the agent completes the questionnaire.

11. In connection with promoting his schemes, Hansen has made the following false or fraudulent statements:

- 3 -

- The Internal Revenue Code applies only within the "federal zone," which Hansen defines as the District of Columbia and the federal territories and possessions.

- Federal income taxes, Form 1040, and the nation's tax laws only apply to federal officers, federal employees, and elected officials of the national government.

- There is no law that imposes an obligation to pay federal income taxes or file federal income tax returns.

- Income from sources not connected with the conduct of trade or business with the United States government is not subject to income tax

- Income does not include wages, salaries, commissions or tips.

- Wages cannot be taxed.

- W-4 forms do not apply to federal income taxes.

- Only federal employees or federal officeholders need to complete Form W-4.

12.  In addition to making false and fraudulent statements regarding the tax benefits associated with his programs, Hansen aids or assists in preparing false or fraudulent income tax returns for customers, or tells customers not to file a return at all.

13.  According to Hansen, once a customer stops filing returns with the IRS, "it will be more difficult for them to find you [] because you won't be feeding them any more information about you!"  Hansen tells customers that the "very good and legal reasons for not filing" include creating the following problems for the IRS:

- You add considerably to the effort and the expense involved with collecting taxes from you.

- It is harder for the IRS to track you down because they don't have a recent address or phone number off your tax return.

- They have no evidence they can use against you in a tax prosecution.

- You have severely limited their ability to prosecute you for fraud.

14.  If customers file income tax returns, Hansen advises and helps them to file returns that falsely show only one cent of income and request a refund for payments made (or taxes previously withheld).  He provides the customers material to attach to the returns that set forth his bogus arguments in support of the erroneous filing.  The material is meant to "emphasize[]

- 4 -

your condition of being an informed American who won't take any bull crap" and "[e]stablishes the unconstitutional nature of the income tax when applied directly on individuals."

15.  Hansen also advises and assists customers to file inaccurate returns based on numerous other false or fraudulent positions, such as–

- the "not for profit" claim wherein customers deduct the amount of their earnings;

- the "foreign earned income exclusion" theory wherein customers claim that income earned outside the "federal zone" is nontaxable.

16.  As part of his program, Hansen incites and assists his customers to file false IRS W-4 Forms (Employee's Withholding Allowance Certificate) and W-8 Forms (Certificate of Foreign Status) so that the employer will wrongfully stop withholding taxes from the customers' paychecks.

17.  Hansen promotes the erroneous position that federal tax withholding only applies to elected or appointed officers of the United States government.  He provides detailed instructions and forms to aid his customers' illegal efforts to evade tax withholding from their wages.

18.  In addition to his other programs, Hansen markets a "Citizenship Administrative Repudiation" program, in which his customers purportedly give up their "U.S. citizenship," but retain or claim "American National citizenship."  Hansen falsely tells customers that this results in their not being liable for federal income taxes and puts them outside the scope of federal jurisdiction.  Hansen charges $2,000 (for a single individual) or $2,700 (per couple) for participation in this program.

19.  For a $100 hourly fee, Hansen states that he will meet with customers for administrative or consulting services and prepare their documents for them.

20.  In support of his programs, Hansen provides his customers with fraudulent "opinion letters" that he falsely claims are "useful as documentation of one's good faith belief in a lack of liability to pay income taxes."

21. Hansen markets his programs through word-of-mouth, at seminars, and on the Internet, including on his websites www.famguardian.org and www.sedm.org. He invites customers to review his programs in order "to start your war with the tyrants at the IRS."

22. Participation in Hansen's fraudulent programs result in customers' illegally failing to file appropriate federal income tax returns, failing to have the proper amount of federal income taxes withheld from wages, and failing to pay their federal tax liabilities. Furthermore, Hansen's programs are designed with the specific purpose of obstructing IRS investigations of his customers' illegal conduct.

23. Hansen is aware that courts have rejected his positions relating to the federal tax laws but blames this on "a judicial conspiracy to protect and expand the federal income tax."

24. The IRS has notified Hansen that his program is under investigation, and that his conduct is subject to penalty under Code §§ 6700 and 6701 and subject to injunction under Code §§ 7402 and 7408. Despite this notice, Hansen has continued to market his programs and interfere with the administration and enforcement of the federal tax laws.

25. Hansen's programs have cost the United States substantial lost tax revenue, drained IRS resources, and subjected his customers to potential civil and criminal sanctions.

### Count I

### Injunction under Code § 7408 for violations of Code §§ 6700 and 6701

26. The United States incorporates by reference the allegations contained in paragraphs 1 through 25.

27. Code § 7408 authorizes a court to enjoin persons who have engaged in conduct subject to penalty under Code § 6700 or § 6701 from engaging in further such conduct or any other conduct subject to penalty under the Code.

28. Code § 6700 imposes a penalty on any person who organizes or sells a plan or arrangement and in so doing makes or furnishes a statement with respect to the allowability of any deduction or credit, the excludability of any income, or the securing of any tax benefit by

- 6 -

1    participating in the plan or arrangement that the person knows or has reason to know is false or

2    fraudulent as to any material matter.

3         29. Code § 6701 imposes a penalty on any person who aids in or advises with respect to

4    the preparation of any portion of a tax return or other document that the person knows or has

5    reason to believe will be used in connection with a material matter under the internal revenue

6    laws, and that the person knows would, if used, result in understatement of another person's tax

7    liability.

8         30. Hansen organizes and sells tax-fraud schemes. In connection with this Hansen

9    makes statements regarding the tax benefits associated with participation in the schemes that he

10   knows or has reason to know are false or fraudulent as to material matters within the meaning of

11   Code § 6700. Hansen thus engaged in conduct subject to penalty under Code § 6700.

12        31. Hansen aids or assists in, or advises with respect to, the preparation of customers' tax

13   returns, tax forms, and other documents, knowing (or having reason to believe) that such

14   documents will be used in connection with material matters arising under the internal revenue

15   laws. Hansen knows that the documents, if so used, will result in the understatements of the

16   customers' liabilities. Hansen has thus engaged in conduct subject to penalty under Code § 6701.

17        32. Unless enjoined by this Court, Hansen is likely to continue to engage in this conduct

18   and continue to organize and sell his abusive tax schemes. Injunctive relief is appropriate under

19   Code § 7408.

### Count II
### Injunction under Code § 7402

22        33. The United States incorporates by reference the allegations contained in paragraphs 1

23   through 32.

24        34. Code § 7402 authorizes courts to issue injunctions as may be necessary or

25   appropriate for the enforcement of the internal revenue laws.

26        35. Hansen, through the actions described above, has engaged in conduct that interferes

27   substantially with the administration and enforcement of the internal revenue laws.

28                                         - 7 -

36. Unless Hansen is enjoined, the IRS will have to devote substantial time and resources to identify and locate his customers, and then construct and examine their tax returns and liabilities. The burden of pursuing all individual customers may be an insurmountable obstacle, given the IRS's limited resources.

37. In the absence of an injunction backed by the Court's contempt powers, Hansen is likely to continue to obstruct and interfere with the enforcement of the internal revenue laws. The United States is entitled to injunctive relief under Code § 7402(a) to prevent such conduct.

## Relief Sought

WHEREFORE, the United States prays for the following relief:

A. That the Court find that the defendant has engaged in conduct subject to penalty under Code §§ 6700 and 6701, and that injunctive relief is appropriate under Code § 7408 to prevent the defendant, and any business or entity through which he operates, and anyone acting in concert with him, from engaging in further such conduct or any other conduct subject to penalty under the Code;

B. That the Court find that the defendant has engaged in conduct that interferes with the enforcement of the internal revenue laws, and that injunctive relief against the defendant, and any business or entity through which he operates, and anyone acting in concert with him, is appropriate to prevent the recurrence of that conduct pursuant to the Court's powers under Code § 7402(a);

C. That the Court, pursuant to Code §§ 7402 and 7408, enter a permanent injunction prohibiting the defendant, individually and doing business through any other entity, and his representatives, agents, servants, employees, attorneys, and those persons in active concert or participation with him, from directly or indirectly:

      (1)    Organizing, promoting, marketing, or selling any tax shelter, plan or arrangement that advises or encourages customers to attempt to violate the internal revenue laws or unlawfully evade the assessment or collection of their federal tax liabilities;

(2)    Making false or fraudulent statements about the securing of any tax benefit by the reason of participating in any plan or arrangement, including the false statements that only federal workers are subject to the Internal Revenue Code, workers need not submit accurate W-4 forms, and that United States citizens are not liable for federal income taxes;

(3)    Encouraging, instructing, advising and assisting others to violate the tax laws;

(4)    Engaging in conduct subject to penalty under 26 U.S.C. § 6700, *i.e.*, by making or furnishing, in connection with the organization or sale of a shelter, plan, or arrangement, a statement the defendant knows or has reason to know to be false or fraudulent *as to any material matter under the federal tax laws*;

(5)    Engaging in conduct subject to penalty under 26 U.S.C. § 6701, *i.e.*, preparing or assisting others in the preparation of any tax forms or other documents to be used in connection with any material matter arising under the internal revenue laws and which the defendant knows will (if so used) result in the understatement of tax liability;

(6)    Engaging in any conduct that interferes with the administration and enforcement of the internal revenue laws, including encouraging and assisting customers in disrupting or delaying the IRS examination of their tax liabilities; and

(7)    Engaging in any conduct subject to penalty under any other section of the Internal Revenue Code.

D.    That this Court, pursuant to Code § 7402, enter an injunction requiring defendant to produce to the United States a list of the names, addresses, e-mail addresses, telephone numbers, and social security or tax identification numbers of all persons who have bought his tax plans, arrangements, or programs, and to file with the Court, within 20 days of the date the permanent injunction is entered, a certification that he has done so;

E.    That this Court, pursuant to Code § 7402, enter an injunction requiring defendant to contact by mail all persons who have bought his tax plans, arrangements, or programs, and inform those persons of the Court's findings concerning the falsity of the defendant's prior representations and attach a copy of the permanent injunction against the defendant, and to file with the Court, within 20 days of the date the permanent injunction is entered, a certification that he has done so;

F.    That this Court, pursuant to Code § 7402, enter an injunction requiring defendant and his representatives, agents, servants, employees, attorneys, and those persons in active concert or participation with him, to remove from his websites, including www.famguardian.org and

1  www.sedm.org, all tax-scheme promotional materials, false commercial speech, and materials

2  designed to incite others imminently to violate the law (including the tax laws), to display

3  prominently on the first page of those websites a complete copy of the Court's permanent

4  injunction, and to maintain the web sites for one year with a complete copy of the Court's

5  permanent injunction so displayed throughout that time;

6      G.  That this Court order that the United States is permitted to engage in post-judgment

7  discovery to ensure compliance with the permanent injunction;

8      H.  That this Court retain jurisdiction over this action for purposes of implementing and

9  enforcing the final judgment and any additional orders necessary and appropriate to the public

10  interest; and

11      I.  For such other and further relief as this Court may deem proper and just.

Respectfully submitted,

CAROL C. LAM
United States Attorney

MARTIN M. SHOEMAKER
U.S. Dept. of Justice, Tax Division
Washington, D.C.

- 10 -

JS 44 (Rev. 3/99)

**ORIGINAL**
**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
UNITED STATES OF AMERICA

**DEFENDANTS**
CHRISTOPER M. HANSEN    05 MAY -2  AM 9: 06

**(b)** County of Residence of First Listed _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed    San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

'05 CV 0921 L    (NLS)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Martin M. Shoemaker, Trial Attorney
U.S. Dept. of Justice, Tax Division
P.O. Box 7238, Washington, D.C. 20044
(202) 514-6491

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☒ 1  U.S. Government
     Plaintiff

☐ 3  Federal Question
     (U.S. Government Not a Party)

☐ 2  U.S. Government
     Defendant

☐ 4  Diversity
     (Indicate Citizenship of Parties
     in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                and One Box for Defendant)

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury— | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | | | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | | Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☒ 870 Taxes (U.S. Plaintiff | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | or Defendant) | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1  Original
     Proceeding

☐ 2  Removed from
     State Court

☐ 3  Remanded from
     Appellate Court

☐ 4  Reinstated or
     Reopened

☐ 5  Transferred from
     another district
     (specify)

☐ 6  Multidistrict
     Litigation

☐ 7  Appeal to District
     Judge from
     Magistrate
     Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)
26 U.S.C. §§ 7402, 7407 and 7408. Civil action for permanent injunction against tax shelter promoters.    28:1340

**VII. REQUESTED IN
COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION
               UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

**VIII. RELATED CASE(S)
IF ANY**   (See instructions):

JUDGE _____

DOCKET NUMBER _____

DATE  4-27-05

SIGNATURE OF ATTORNEY OF RECORD
Martin M. Shoemaker

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____