USDC SCAN INDEX SHEET










```
RYC    10/25/05    16:51
3:05-CV-00921   USA V. HANSEN
*40*
*RPLYOPPM.*
```

CAROL C. LAM
United States Attorney
ROBERT PLAXICO
Assistant U.S. Attorney
Cal. Bar No. 054953
Federal Office Building
880 Front St., Room 6293
San Diego, California 92101
Phone: (619) 557-7157
Fax: (619) 557-5551

MARTIN M. SHOEMAKER
Ga. Bar # 001340
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
(202) 514-6491 phone
(202) 514-6770 fax
Attorney for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER M. HANSEN,<br><br>    Defendant. | Case no. 05cv0921 L (NLS)<br><br>**UNITED STATES' REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO COMPEL APPEARANCE AT DEPOSITION**<br><br>Hearing: Nov. 3, 2005; 1:30 p.m.; Ctrm. F<br>Mag. Judge Stormes |

In his opposition papers to the Government's motion to compel his appearance at his deposition, Hansen gives the prerequisite conditions he is imposing before he will allow his deposition to be taken, and further warns that he "will not cooperate, even under the influence of court compulsion, until all these requirements are satisfied." (Def.'s memo p. 11.) On their face and as set forth in the Government's motion the conditions are unwarranted and unsupported by any law.[1]

---

[1] The defendant unreasonably argues that his SEDM Member Agreement and "Copyright/software/user license agreement" trump any federal law.

- 1 -

1  Hansen adds what appears to be a new argument to his arsenal. Relevant sections of the
2  Internal Revenue Code ("Code") in this action include Code §§ 6700 and 6701. For purposes of
3  these statutes, Code § 6671(b) states that the term "'person' ... includes an officer or employee
4  of a corporation, or a member or employee of a partnership who as such officer, employee, or
5  member is under a duty to perform the act in respect of which the violation occurs." Hansen
6  argues that because he is not such an officer or employee he is not subject to Code § 6700 or
7  6701 (or 7408).

8  Hansen's interpretation of § 6671(b) is too narrow. As the Ninth Circuit has stated when
9  ruling on that section's range, "[t]he term "person" does include officer and employee, but
10 certainly does not exclude all others. Its scope is illustrated rather than qualified by the specified
11 examples." *United States v. Graham*, 309 F.2d 210, 212 (9th Cir. 1962). Code § 7701(a)(1)
12 provides a general definition of "person" to be used throughout the Code, and states that
13 "'person' shall be construed to mean and include an individual, a trust, estate, partnership,
14 association, company or corporation." Hansen is an individual. Code § 6671(b)'s definition of
15 person expands, rather than restricts, the general definition and thus includes Hansen. *See*
16 *Pacific Nat'l Ins. Co. v. United States*, 422 F.2d 26, 30 (9th Cir. 1970); *Bailey Vaught Robertson*
17 *& Co. v. United* States, 828 F. Supp. 442, 444 (N.D. Tex. 1993) ("Section 6671(b) simply
18 expands the definition of person in § 7701(a)(1) to 'include' certain other individuals."); *United*
19 *States v. Vaccarella*, 735 F. Supp. 1421, 1431 (S.D. Ind. 1990) ; *see also State of Ohio v.*
20 *Helvering*, 292 U.S. 360, 370 (1934) (construing broadly a statutory definition using the phrase
21 "means and includes"); *Chickasaw Nation v. United States*, 208 F.3d 871 (10th Cir. 2000).

22 No legitimate grounds exist for Hansen's refusal to be deposed. The Court should issue
23 an order directing Hansen to appear for his deposition on a date certain and cooperate in

accordance with the Federal Rules. If Hansen follows through with his threat to ignore any court compulsion, appropriate sanctions, including default, should be imposed.

Respectfully submitted,

Martin M. Shoemaker
Attorney for Plaintiff U.S.A.

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 24th day of October 2005: Christopher M. Hansen, 10654 82nd Avenue, Suite 600, Edmonton, Alberta, Canada T6E2A7.

Martin M. Shoemaker