## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED

*This space for
Clerk's Office Use Only*

06 SEP 21 AM A

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDC   DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE _____ Hon. Gonzalez

FROM: _____ P. Dela Cruz _____, Deputy Clerk   RECEIVED DATE: _____ 9/11/06

CASE NO.: _____ 05cv291 _____ DOCUMENT FILED BY: _____ Hansen

CASE TITLE: _____ USA v. Hansen

DOCUMENT ENTITLED: _____ Letter: Criminal Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1.j.5 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3.c | Document illegible or submitted on thermal facsimile paper |
| ☐ | 7.1.e or 47.1.b.1 | Date noticed for hearing not in compliance with rules/Document(s) is not timely |
| ☐ | 7.1.f or 47.1.b.3 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1.h or 47.1.e | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1.h | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself or requires leave of court |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: Ex parte communication to Judge is prohibited |

**Date forwarded:** _____

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 1.3.

CHAMBERS OF: _____ Judge Gonzalez

Dated: _____ 9/19/06 _____   By: _____

cc: All Parties

H:\05-06\OFFICE\DISCREP.wpd
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

10654 82nd Ave, Suite 600
Edmonton, Alberta  T6E 2A7
Canada
Email:  pps1@runbox.com
June 15, 2006

**REJECTED**

United States District Court
Southern District of California
Attn:  Chief Justice Marilyn Huff (28 U.S.C. 351 complaints)
880 Front Street, Suite 4290
San Diego, CA  92101-8900

Subject:  Public Corruption Criminal Complaint

Enclosures:

    (1)  Civil Complaint and Demand for Removal of Judge Lorenz

Dear Hon. Marily Huff,

This letter is a follow up to the Criminal Complaint recently sent to you regarding Judge James Lorenz. This letter is a civil complaint pursuant to 28 U.S.C. §351 requesting disciplinary proceedings be instituted against Judge Lorenz.  This civil complaint is being sent to you because:

1.  Judge Lorenz has already issued a judgment which is void and unenforceable because he violated due process of law.
2.  Because judgment has been rendered, the clerk would not allow this affidavit to be filed into the record of the case.
3.  You are the person responsible at the District Court for the Judges under your supervision.

I would be happy to meet with you either in your local offices or conduct a telephone conference in order to answer your questions and obtain further information required in prosecuting this criminal complaint.  Please contact me via email for that purpose and I will call you back promptly.

Thank you for taking the time to ponder this very serious situation and lend your attention to remedying the violations of law and rights which give rise to the need to contact you.  Please keep me informed of your progress in prosecuting this case.  I will be contacting you in the coming months with a Freedom of Information Act Request asking for records of what you are doing to prosecute this matter.

Sincerely,