UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER M. HANSEN,<br><br>　　　　　Defendant. | Civil No. 05cv0921-L(CAB)<br><br>**ORDER STRIKING DOCUMENTS FROM THE RECORD** |

　　On March 1, 2007, Plaintiff United States of America electronically filed a Motion to Hold Defendant in Civil Contempt. (*See* docket no. 109, 110.)  For the reasons which follow, the pleadings contained in docket entry nos. 109 and 110 fail to comply with the Electronic Case Filing Administrative Policies and Procedures Manual ("E-File Manual"),[1] and are therefore rejected and stricken from the record.  *See* E-File Manual § 2(a), (g).

　　Docket entry no. 109 is a Notice of Motion and Motion to Hold Defendant in Civil Contempt ("Motion").  Docket no. 110, styled as "Memorandum of Contention of Fact and Law," contains a memorandum of points and authorities, affidavits and exhibits in support of the

---

[1] The E-File Manual can be located on the court's website at www.casd.uscourts.gov under the heading "General Order 550, Procedural Rules for Electronic Case Filing."

Motion. This docket entry fails to comply with the E-File Manual, as it does not reflect the pleadings filed within it, and makes it unreasonably difficult to locate pleadings on the docket. Pursuant to E-File Manual Section 2(g), the Motion, with all its supporting documents, should be docketed as a motion, with the notice of motion and motion as main document, and the memorandum of points and authorities, affidavits and exhibits as attachments.

The Clerk of the Court is instructed to **STRIKE FROM THE RECORD** docket entries no. 109 and 110, filed March 1, 2007, in their entirety. Plaintiff may refile the pleadings in compliance with the E-File Manual.

**IT IS SO ORDERED**.

DATED: March 2, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL