1  Christopher Hansen
2  10654 82nd Ave, Suite 600
3  Edmonton, Alberta T6E 2A7, Canada
4  Transient foreigner with no earthly "domicile" or "residence".
5  Email:  Forwarding Agent, pps1@runbox.com
6  Phone:  Send email to address above and we will call you back at your number



FILED
07 APR -9 PM 1:34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ____ DEPUTY

## DISTRICT COURT OF THE UNITED STATES
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>    Plaintiff, Substitute Defendant<br><br>v.<br><br>Chris Hansen,<br>*Sui Juris,* Respondent and Fiduciary<br>    for Substitute Defendants under Power of<br>    Attorney | Case No: 05CV00921L<br><br>**OPPOSITION TO**<br>**MOTION FOR CIVIL CONTEMPT**<br><br>Date: April 23, 2007 10:30a.m.<br>Judge James Lorenz |

1. This pleading is filed for above captioned hearing in the "District Court of the United States", and NOT the "United States District Court". If the recipient clerk is unable to process this pleading, please direct it to the proper official.



## 1. OPPOSITION TO MOTION FOR CIVIL CONTEMPT

1. Alleged Defendant has not willfully defied any lawful order of this court. He has complied with the orders of this court to the full extent that he is able. He has provided all information in his custody and control sought in the order. A list of "customers" was provided to the Plaintiff on the date this opposition brief was filed.

2. Persons responsible for the Family Guardian and SEDM websites have also complied with this order even though they are not even named as parties to this suit.

3. This brief is submitted under the influence of unlawful duress as indicated in Exhibit 5, section 5, p. 18 et seq.

4. Alleged Defendant respectfully petitions the court to dismiss the instant motion for contempt by the Plaintiff _with prejudice_ for the reasons set forth in the associated attachments to this document.

5. This Petition incorporates the following associated documents by reference, and the affirmation at the end of this document applies to all associated documents listed below:

    A. Memorandum of Law in Support of Opposition to Motion for Civil Contempt

    B. Affidavit of Material Facts in Support of Opposition to Motion for Civil Contempt

6. There is no evidence on the record of these proceedings, which makes all of the statements in the order, Doc. 91, and 105 inadmissible religion, belief, and political opinion, not law, in violation of Fed.Rul.Ev. 610. Anonymous ex parte affidavits from biased witnesses which are nothing more than unsupported opinions do not count as evidence and are entirely without foundation. The Plaintiff and the court are practicing religion and establishing a religion, not practicing law. A religion is simply anything that either cannot be or is not supported by evidence. By making hundreds of prejudicial "presumptions" about the Alleged Defendant, the Plaintiff and the court have engaged in a state-sponsored religion designed to:

    A. Prejudice and destroy the rights of the Alleged Defendant.

    B. Engage in "political questions" unlawfully beyond the jurisdiction of this court.

    C. Destroy a competing religion, which is Christianity.

    D. Destroy religious property and obstruction of the exercise of religious beliefs, in violation of 18 U.S.C. §247

    E. Disestablish a church.

    F. Destroy the First Amendment by bringing the speech of any church or political party within the regulation of this court. All the court has to do is reclassify the speech as factual commercial speech and other than protected religious

beliefs and opinions in order to call any pastor or political figure before this tribunal for any statement they may make about taxes or government corruption.

7. The Plaintiff is in contempt of the Constitution of the United States and all the laws passed in furtherance of it as set forth in the attached Memorandum.

8. This court is once again demanded to correct the perjury that it entered on the record about statements of the Alleged Defendant. Alleged Defendant never said any of the speech in question was "factual", and insisted at least 30 times in Doc. 71-71, and Doc. 93-95 the exact opposite. See:

   A. Doc. 91, p. 17, lines 20-21.

   B. Doc. 105, p. 20, lines 18-19.

9. Neither the Plaintiff nor this court have any lawful authority to reclassify speech that identifies itself as NONfactual, NONactionable religious and political statements and beliefs as factual commercial speech. The speech itself says and always has said that it may not be used for any commercial purpose or any purpose other than reading and entertainment and therefore it can never lawfully be regulated by this court. Any attempt to regulate said speech is a destruction of the First Amendment, a disestablishment of a religion, and also renders the Plaintiff and the Court, rather than the speaker, as the owners and responsible parties for the speech in question rather than the Alleged Defendant or the actual speakers, who are anonymous third parties. If you are going to say that the speech belongs to someone, you MUST give them the authority to decide its classification and significance. The perjury of the court in unlawfully reclassifying religious speech into actionable factual commercial speech is thoroughly documented in Doc. 95, Section 3.1, p. 9, para. 5, wherein the court's judgment is proven to be perjurious in relation to the nature of the speech in question. This matter is exhaustively documented below:

   A. Doc. 72, Aff. Matl. Facts, Section 1.1.1 entitled "About Speech in Question".

   B. Doc. 72, Mem. Law, Section 4.9.1 entitled "The speech in question is not factual or actionable speech but religious and political speech".

10. Alleged Defendant would rather be in contempt of a Plaintiff and a court who are in contempt of the United States Constitution, the laws documented in the attached Mem. of Law, and their oaths than to be in contempt of the law itself:

   > "No man [including a judge] in this country is so high that he is above the law. No *officer of the law [such as YOU, a "public officer"] may set that law at defiance with impunity [by ignoring or evading his duties under it]. All the officers of the government, from the highest to the lowest, are creatures of the law and are bound to obey it. It is the only supreme power in our system of government, and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives,"* 106 U.S., at 220. "Shall it be said... that the courts cannot give remedy when the Citizen has been deprived of his property [or his earnings from labor, which are also property] by force [and

> *CONSTRUCTIVE FRAUD through OMISSION], his estate seized and converted to the use of the government without any lawful authority, without any process of law, and without any compensation, because the president has ordered it and his officers are in possession? If such be the law of this country, it sanctions a tyranny which has no existence in the monarchies of Europe, nor in any other government which has a just claim to well-regulated liberty and the protection of personal rights," 106 U.S., at 220, 221.*
> [United States vs. Lee, 106 U.S. 196, 1 S. Ct. 240 (1882)]

11. A Bivens Action for deprivation of rights will follow if Truth and Justice do not prevail in the instant motion. Money, time, and energy are no object, but only Justice.

> *"**Justice is the end of government**. It is the end of civil society. It ever has been, and ever will be pursued, until it be obtained, or until liberty be lost in the pursuit."*
> [James Madison, Federalist Paper #51, 1788]
>
> *"The best antidote for crime is **justice**. The irony we often fail to appreciate is that the more **justice** people enjoy, the fewer crimes they commit. Crime is the natural offspring of an unjust society."*
> [Gerry Spence "With Justice For None" p.124]

## 2. AFFIRMATION

Under the penalty of perjury from without the United States under the laws of the United States of America pursuant to 28 U.S.C. §1746(1), I declare that I have examined the facts stated in this affidavit and the PETITION to which this affidavit is attached, including the accompanying documents and exhibits, and, to the best of my knowledge and belief, they are true and correct. This affirmation is subject to the terms indicated in the attached Federal Pleading Attachment, Exhibit 6.

Dated: 4-9-07

*[signature: Chris Hansen]*
Chris Hansen (and NOT CHRISTOPHER M. HANSEN)

Domiciled in the Kingdom of Heaven on earth and not within any man-made government, *outside* of the "United States" under 26 U.S.C. §7701(a)(10) and 28 U.S.C. §1603(c ), outside any Internal Revenue District in accordance with Treasury Order 150-02, and outside any United States Judicial district

## 3. CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing, the associated Memorandum of Law, and the associated Affidavit of Material Facts has been made upon the following addressee by depositing a copy in the United States mail, postage prepaid, this 9th day of April, 20 07 addressed to:

Martin Shoemaker
Department of Justice
PO Box 7238
Washington, DC  20044

I furthermore certify that:

1. I am at least 18 years of age
2. I am not related to either party to this legal proceeding by blood, marriage, adoption, or employment
3. I serve as a "disinterested third party" to this action
4. That I am in no way connected to, or involved in or with, the person and/or matter at issue in this instant action.

Signature: _[signed]_
Printed Name: Jasmine Marriott
Date: 4/9/07