FILED
JUL 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**FILED**

JUL 24 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> CHRISTOPHER M. HANSEN, <br><br> Defendant - Appellant. | No. 06-56011 <br><br> D.C. No. CV-05-00921-MJL/CAB <br> Southern District of California, <br> San Diego <br><br> ORDER |

Before: GRABER, FISHER, and BERZON, Circuit Judges

The petition for panel rehearing is denied.

/Research